FERNANDO CARABAJAL
T.D.C # 1489361
899 F.m 632
Kenedy, Tx 78119

74,264-02

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 28 2015
Abel Acosta, Clerk

NO. WR-74,264-02

Dear Sir/Ma'am

I am writing you about a writ of mandamus.

I recieved a letter from your office on 12-23-14,
and I want to know if Goliad County has
notified your office about my writ of mandamus?

It's been more than 30 days and no responce...
(from December 17, 2014 to January 17, 2015)

Cause nos. 07-8-4372-CR & 07-8-4371
in the 24th District Court — Goliad, County

Thank you and please respond...

x _Fernando M Carabajal_  #1489361
Fernando Carabajal
T.D.C # 1489361
899 F.m 632
Kenedy, Tx 78119